## THE STATE OF UTAH, RESPONDENT, *v.* GEORGE McKEE, APPELLANT.

The effect of the evidence in this case is the same as that in the case of the *State of Utah* v. *James J. McKee*, 17 Utah ——. The opinion in that case is decisive of this.

PER C RIAM:

This is an appeal from the judgment of the district court, sitting in the county of Uintah, Utah, convicting the defendant of the crime of grand larceny, and sentencing him to imprisonment in the state prison for the term of four years.

The effect of the evidence in this case is the same as that in the case of *State of Utah* v. *James J. McKee*, decided at the June term, 53 Pac. Rep. 733. The opinion in that case is decisive of this.

The judgment appealed from is affirmed.